# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN BORDERS,
    Plaintiff,

v.

SHARON HILL BOROUGH,
    Defendant.

CIVIL ACTION
2:17-cv-04429-AB

## **ORDER**

**AND NOW**, this 25th day of June, 2019, it is **ORDERED** that:

1. Defendant Sharon Hill Borough's Motion for Summary Judgment (ECF No. 30) is **GRANTED** only as to Borders's claim for First Amendment retaliation under 42 U.S.C. § 1983; and

2. Borders's remaining claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    _S/Anita B. Brody_____

    ANITA B. BRODY, J.

Copies **VIA ECF** on _____